# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

Joshua James Brown

CRIMINAL COMPLAINT

CASE NUMBER: M-2-05-414-K

I, **Jerry L. Orick**, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On July 13, 2005 in Franklin County, in the Southern District of Ohio, defendant(s) did,

Knowingly possess with intent to distribute crack cocaine, a Schedule II controlled substance, knowingly possess a Firearm in furtherance of a drug trafficking crime and did also knowingly and intentionally conspire to distribute cocaine base

in violation of Title **21 and 18** United States Code, Section(s) **841(a)(1), 924(c)(1)(A) and 2.**

I further state that I am a Police Officer with the Columbus Ohio Division of Police, assigned to a taskforce with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

(see attached)

Continued on the attached sheet and made a part hereof: ☒ YES ☐ NO

Signature of Complainant #3307

Sworn to before me and subscribed in my presence,

10/3/05
Date

AT Columbus, Ohio
City and State

Norah McCann King, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

1

**PROBABLE CAUSE AFFIDAVIT**
**Joshua James Brown**
Page 1 of 2

I, Jerry L. Orick, being duly sworn, depose and state that:

I have been a Police Officer with the Columbus Ohio, Division of Police since July 2001. I am a graduate of the Columbus Ohio Police Academy. I have been assigned to a taskforce to the Columbus Division, Bureau of Alcohol, Tobacco Firearms, and Explosives since March 2005. I am familiar with State and Federal criminal laws pertaining to firearms violations.

1. On July 13, 2005, at approximately 6:20 pm, Columbus Police Officers initiated a traffic stop on a Maroon Acura bearing Ohio Registration EQ73WY. The vehicle was occupied by the driver (later identified as Joshua James Brown) and a front seat passenger (later identified as Demawn Henry). As Officers approached the vehicle, one of the Officers observed a firearm in plain view on Mr. Brown's lap.

2. The initiating Officers took immediate control of Mr. Brown and secured the firearm. This firearm is described as a Lorcin .380 cal bearing SN# 212806, loaded with six (6) live rounds. After Mr. Brown was secured in a marked Columbus Police Department Cruiser Mr. Henry, the front seat passenger, was removed and patted down for weapons. The pat down revealed a firearm described as a .45 cal Ruger bearing SN# 660-85697, with ten (10) live rounds concealed in Mr. Henry's front waistband.

3. The Officers requested a check on the weapons found in possession of Mr. Brown and Mr. Henry via the Columbus Police Department Records Section. The check revealed that the Lorcin .380 cal found in Mr. Brown's lap was reported to the Columbus Police Department as stolen in 2000 (case# 65583-00).

4. During a search of Mr. Henry's person, two fully loaded magazines were recovered from his right front pants pocket, and a baggie of crack cocaine was found in his left front pants pocket. The crack cocaine found on Mr. Henry was sent to the Columbus Police Department Lab and tested positive for cocaine base and weighed at 4.6 grams.

5. Taskforce Officers then interviewed Mr. Henry and Mr. Brown after reading the pair their Miranda rights. Mr. Brown refused to answer any questions regarding the incident. Mr. Henry waived his Miranda rights and agreed to answer any questions regarding the incident. Mr. Henry stated that he had the firearm on his person for protection purposes while he was on the West side of Columbus, Ohio.

6. While processing paperwork, Mr. Brown spontaneously made the following statements to the Officers, "I picked up Mawn (Demawn Henry) at his mom's house and took him to a "spot" to get some work (crack cocaine), Mawn gave me that gun for protection in case we got into anything on the Hill (Hilltop area of Columbus, Ohio), do you know how much beef we're in to out here with people, would you be out here like this without a gun to protect yourself and your boys".

AO 91 (Rev. 3/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**Joshua James Brown**
Page 2 of 2

7. Brown added that he sells crack cocaine on the "street" and that he does sell crack cocaine on a full time basis. Brown informed the Officers that he only sells crack cocaine while he is on break from attending Columbus State University.

Jerry L. Orick #2307
Jerry L. Orick
Police Officer, CPD

Sworn to and subscribed before me this 3rd day of October, 2005, at Columbus, Ohio.

Norah McCann King
U.S. MAGISTRATE JUDGE